| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Polymer Extrusion Technology Incorporated** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Glasslam** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5017475** |
| 4. | **Debtor's address** | **Principal place of business** **1601 Blount Road** **Pompano Beach, FL 33069** Number, Street, City, State & ZIP Code **Broward** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Polymer Extrusion Technology Incorporated**  Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3261__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor **Polymer Extrusion Technology Incorporated**    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Polymer Extrusion Technology Incorporated**　　　　　　　　　Case number (*if known*)　_____
　　　　Name

☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　 ☐ More than $50 billion

Debtor **Polymer Extrusion Technology Incorporated**        Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 27, 2023**
              MM / DD / YYYY

X  **/s/ Violet Howes**                                **Violet Howes**
   Signature of authorized representative of debtor     Printed name

   Title  **Director**

**18. Signature of attorney**

X  **/s/ David A. Ray**                   Date  **March 27, 2023**
   Signature of attorney for debtor             MM / DD / YYYY

   **David A. Ray**
   Printed name

   **David A. Ray, P.A.**
   Firm name

   **303 SW 6th Street**
   **Fort Lauderdale, FL 33315**
   Number, Street, City, State & ZIP Code

   Contact phone  **954-399-0105**      Email address  **dray@draypa.com**

   **Florida Bar Number 13871 FL**
   Bar number and State

Fill in this information to identify the case:

Debtor name: **Polymer Extrusion Technology Incorporated**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1601 Blount LLC<br>1601 Blount Road<br>Pompano Beach, FL 33069 | | | | $367,838.64 | $0.00 | $367,838.64 |
| Agile Premium Finance<br>PO Box 549<br>Newark, NJ 07101-0549 | | | | | | $1,053.10 |
| American Express<br>PO BOX 650448<br>Dallas, TX 75265-0448 | | | | | | $10.03 |
| ATG Engineering, Inc.<br>6320 N.E. 21st Road<br>Fort Lauderdale, FL 33308 | | | | | | $3,950.00 |
| Cannon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | | | | | | $349.83 |
| Coastal Waste & Recycling Inc.<br>PO Box 25756<br>Miami, FL 33102-5756 | | | | | | $108.67 |
| Comcast<br>PO Box 530098<br>Atlanta, GA 30353-0098 | | | | | | $619.45 |
| Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 | | | | | | $16.51 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

| Debtor | **Polymer Extrusion Technology Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FPL**<br>**General Mail Facility**<br>**Miami, FL**<br>**33188-0001** | | | | | | $720.99 |
| **Future Energy Solutions**<br>**5400 NW 35th Avenue**<br>**Fort Lauderdale, FL 33330-9000** | | | | | | $296.94 |
| **Glasshape Manufacturing LTD** | | | Disputed | $5,250,000.00 | $0.00 | $5,250,000.00 |
| **Hall Booth Smith , P.C.**<br>**191 Peachtree Street, NE**<br>**Atlanta, GA 30303-1775** | | | | | | $3,540.00 |
| **Industrial Container Services**<br>**LockBox #776046**<br>**6046 Solution Center**<br>**Chicago, IL 60677-6000** | | | | | | $2,384.74 |
| **Leyton**<br>**2 Avenue de Lafayette**<br>**Boston, MA 02111** | | | | | | $1,744.98 |
| **Miami Dade County**<br>**11805 S.W. 26th Street, Room 208**<br>**Miami, FL 33175-2474** | | | | | | $1,612.50 |
| **Nedex Kimya San Ve Tic A.S.**<br>**Serifali Mah Cetin Cad Kiz Sk**<br>**No. 1 Elit Plaza A Blok 5 Kat 34775**<br>**Unraniye, Istanbul, TURKEY** | | | | | | $17,833.53 |
| **UPS**<br>**PO Box 650116**<br>**Dallas, TX 75265-0116** | | | | | | $1,981.62 |

```
1601 Blount LLC
1601 Blount Road
Pompano Beach, FL 33069


Agile Premium Finance
PO Box 549
Newark, NJ 07101-0549


American Express
PO BOX 650448
Dallas, TX 75265-0448


Andre Law Firm PA
1801 N.E. 123rd Street, Suite 314
Miami, FL 33181


ATG Engineering, Inc.
6320 N.E. 21st Road
Fort Lauderdale, FL 33308


Cannon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Coastal Waste & Recycling Inc.
PO Box 25756
Miami, FL 33102-5756


Comcast
PO Box 530098
Atlanta, GA 30353-0098


Federal Express
PO Box 660481
Dallas, TX 75266-0481


FPL
General Mail Facility
Miami, FL 33188-0001


Future Energy Solutions
5400 NW 35th Avenue
Fort Lauderdale, FL 33330-9000
```

Glasshape Manufacturing LTD


Hall Booth Smith , P.C.
191 Peachtree Street, NE
Atlanta, GA 30303-1775


Industrial Container Services
LockBox #776046
6046 Solution Center
Chicago, IL 60677-6000


Leyton
2 Avenue de Lafayette
Boston, MA 02111


Miami Dade County
11805 S.W. 26th Street, Room 208
Miami, FL 33175-2474


Nedex Kimya San Ve Tic A.S.
Serifali Mah Cetin Cad Kiz Sk
No. 1 Elit Plaza
A Blok 5 Kat 34775
Unraniye, Istanbul, TURKEY


UPS
PO Box 650116
Dallas, TX 75265-0116